HARRY M. SCHAFFER, Respondent, v. CITY BANK FARMERS TRUST COMPANY, Appellant, and Another. HARRY M. SCHAFFER, Respondent, v. CITY BANK FARMERS TRUST COMPANY, Appellant, and Another.— Plaintiff's motion for leave to appeal to the Court of Appeals from the order of this court reversing order granting summary judgment is denied, with ten dollars costs. Defendant's motion for reargument is denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.